UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In re: JAY T. JANECEK, co-trustee/beneficiary, and JILL J. (JANECEK) COBB, co-trustee/beneficiary and the JANECEK TRUST, a Washington express trust and the JANECEK CHILDREN'S TRUST, a Washington express trust,

Petitioners,

v.

JON J. JANECEK, co-trustee/beneficiary

Respondent.

NO. **CV-13-287-LRS**

**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL**

The Joint Motion For Order Of Dismissal filed by the parties (ECF No. 114) is **GRANTED**. This action is **DISMISSED with prejudice**, the parties to bear their own fees and costs unless otherwise provided pursuant to the terms of the Settlement Agreement. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this 6th of January, 2015.

**s/Lonny R. Suko**

LONNY R. SUKO
Senior United States District Judge